Toi Miller HOLMES *v.* The Honorable Jack L. LESSENBERRY, Circuit Judge, and the Honorable William C. McArthur, Special Circuit Judge

88-263                                759 S.W.2d 37

Supreme Court of Arkansas
Opinion delivered October 31, 1988

*Keith I. Billingsley*, for appellant.

*Rose Law Firm*, by: *Webster L. Hubbell*, for Charles C. Owen.

*Mark Stodola*, City Attorney, and *Thomas M. Carpenter*, Asst. City Att'y, for Tom Dalton and the City of Little Rock.

PER CURIAM. ■ According to the petition, the trial court has issued its order. We do not issue a writ of prohibition for something that has already been done.